**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DORA G.,

Plaintiff,

v. Civ. No. 26-2557 GBW

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS WITHOUT PREJUDICE**

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form). *Doc. 2*. For the reasons given below, Plaintiff's Application is DENIED without prejudice.

The statute governing proceedings *in forma pauperis*, 28 U.S.C. § 1915(a), provides that the Court may authorize the commencement of any suit without prepayment of fees by a person who submits an affidavit that includes a description of all assets the person possesses as well as a statement that the person is unable to pay such fees.

> When a district court receives an application for leave to proceed *in forma pauperis*, it should examine the papers and determine if the requirements of [28 U.S.C.] § 1915(a) are satisfied. If they are, leave should be granted. Thereafter, if the court finds that the allegations of poverty are untrue or that the action is frivolous or malicious, it may dismiss the case[.]

*Menefee v. Werholtz*, 368 F. App'x 879, 884 (10th Cir. 2010) (unpublished) (quoting *Ragan v. Cox*, 305 F.2d 58, 60 (10th Cir. 1962)). "[A]n application to proceed *in forma pauperis* should be evaluated in light of the applicant's present financial status." *Scherer v.*

*Kansas*, 263 F. App'x 667, 669 (10th Cir. 2008) (unpublished) (citing *Holmes v. Hardy*, 852 F.2d 151, 153 (5th Cir. 1988)). "The statute [allowing a litigant to proceed *in forma pauperis*] was intended for the benefit of those too poor to pay or give security for costs[.]" *Adkins v. E.I. DuPont De Nemours & Co.*, 335 U.S. 331, 344 (1948). While a litigant need not be "absolutely destitute," "an affidavit is sufficient which states that one cannot because of his poverty pay or give security for the costs and still be able to provide himself and dependents with the necessities of life." *Id.* at 339.

The Court will deny Plaintiff's Application to proceed *in forma pauperis* because the responses concerning Plaintiff's monthly expenses and monthly income appear incomplete or inaccurate. As a result, the Court lacks sufficient information regarding Plaintiff's financial circumstances to determine whether Plaintiff is unable to pay the costs of the proceedings. If Plaintiff wishes to refile an application to proceed *in forma pauperis*, Plaintiff shall use the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (AO 239),[1] and must clearly include her monthly take-home pay and all monthly expenses.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (*doc. 2*) is DENIED without prejudice as to the refiling of the application.

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

[1] The AO 239 Form may be found at: https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or-costs-long-form.